# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JARRIS MONROE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 16-16354** |
| **DARREL VANNOY ET AL.** | **SECTION: "H"(5)** |

## ORDER

Before the Court is Petitioner's Motion for an Extension of Time to File Objections (Doc. 13). On June 11, 2018, the Magistrate Judge issued a Report and Recommendations as to Plaintiff's Petition for a Writ of *Habeas Corpus*.[1] The Magistrate Judge recommended that the Petition be dismissed because Petitioner had not yet exhausted his state remedies. Specifically, Petitioner had not brought his claims before the Louisiana Supreme Court. On June 22, 2018, Petitioner moved for an extension of time in which to file objections to the Report and Recommendations.[2] Petitioner states that he recently discovered that the person handling his legal matters is not actually an attorney. Petitioner also asks the Court to hold this matter in abeyance in order to give him time to exhaust his claims in state court. The Court interprets the motion as a motion to stay.

---

[1] Doc. 12.
[2] Doc. 13.

1

District Courts may stay *habeas* petitions in order to give petitioners time to exhaust their claims when "(1) the petitioner has good cause for failure to exhaust his claim, (2) the claim is not plainly meritless, and (3) the petitioner has not engaged in intentional delay."[3] The Court finds that Petitioner's representation by a non-attorney is good cause for the failure to exhaust. Furthermore, at this point Petitioner's claims do not appear to be plainly meritless and there is no evidence that Petitioner's delay has been intentional. The Court finds that a stay is appropriate. Even when a stay is warranted, a district court must "place reasonable time limits on a petitioner's trip to state court and back."[4] Accordingly;

**IT IS ORDERED** that Petitoner's Motion is GRANTED.

**IT IS FURTHER ORDERED** that this case is STAYED on the condition that Petitioner initiate the presentation of his claims to the Louisiana Supreme Court within 30 days of this order and return to this Court within 30 days of exhausting his state remedies.

New Orleans, Louisiana this 14th day of August, 2018.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

---

[3] Schillereff v. Quarterman, 304 F. App'x 310, 314 (5th Cir. 2008) (unpublished); *see also* Rhines v. Weber, 544 U.S. 269, 277 (2005); Leachman v. Davis, 699 F. App'x 441, 442 (5th Cir. 2017) (unpublished) (applying *Rhines* analysis to a petition with only unexhausted claims).

[4] *Rhines*, 544 U.S. at 278.